UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              Plaintiff,

        -v-

RAFAEL ALVAREZ and ATAX NEW YORK LLC,
d/b/a ATAX NEW YORK-MARBLE HILL, d/b/a
ATAX CORPORATION,

                              Defendants.

No. 21 Civ. 1930 (JSR)

**DECLARATION OF COMPLIANCE WITH STIPULATION AND ORDER**

I, Rafael Alvarez, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1.      I am a defendant in the above-captioned action.

2.      I submit this declaration pursuant to 26 U.S.C. § 7402 and paragraph 4 of the Court's Stipulation and Order of Permanent Injunction, Settlement, and Dismissal.  ECF No. 23 (the "Stipulation and Order").

3.      I confirm that I have received a copy of the Stipulation and Order as entered by the Court.

4.      I have fully paid to the United States of America the disgorgement amount of $159,600.00 specified in Stipulation and Order ¶ 3.

5.      I have complied with the terms of the Stipulation and Order as of the date of this declaration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in ___CORTLANDT MANIOR___ 122 LOCKWOOD RD New York, on this __3rd__ day of August, 2021.

_____
Rafael Alvarez